**DISMISS and Opinion Filed April 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01084-CV

### HYACINTH ANYANYA, Appellant
### V.
### NDELLA FAYE JACKSON, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06409-A**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Appellant's brief was due on October 24, 2014. In a post-card notice dated November 17, 2014, the Court instructed appellant to file a brief with an extension motion within ten days. The Court cautioned appellant that failure to file a brief and extension motion within the specified time would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

As of today's date, appellant has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b) & (c).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

141084F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HYACINTH ANYANYA, Appellant

No. 05-14-01084-CV     V.

NDELLA FAYE JACKSON, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas.
Trial Court Cause No. CC-13-06409-A.
Opinion delivered by Justice Lang.  Justices
Bridges and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NDELLA FAYE JACKSON recover her costs of this appeal from appellant HYACINTH ANYANYA.

Judgment entered this 22nd day of April, 2015.